April 12, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

LEONOR CASTANEDA, JOSE SALVADOR HERRERA CASTANEDA,
DAVID LEOBARDO HERRERA CASTANEDA, JASMIN GUADALUPE
HERRERA CASTANEDA AND JESUS EMANUEL HERRERA CASTANEDA,
Appellants

NO. 14-15-00750-CV               V.

EOG RESOURCES, INC., Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on August 6, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.